IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

LAWANA ENGLAND-WHALEY and
WHALEY CONSTRUCTION, INC.                                PLAINTIFFS

vs.                          CASE No. 04-6128

LAKE HAMILTON SCHOOL DISTRICT;
RALPH PINKERTON, Individually and
as President of Lake Hamilton School
Board; GARY MCGREW, Individually and
as Vice President of the Lake Hamilton
School Board; MARK CURRY, Individually
and as Secretary of the Lake Hamilton
School Board; DON HENSON; Individually
and as Member of the Lake Hamilton
School Board; DON SMITH, Individually
and as Member of the Lake Hamilton
School Board                                    DEFENDANTS/THIRD
                                                PARTY PLAINTIFFS
vs.

PATRICK M. MCGETRICK, MCGETRICK
and MCGETRICK, INC.                             THIRD PARTY DEFENDANTS

## J U D G M E N T

For reasons set forth in the Memorandum Opinion and Order filed contemporaneously herewith, the Motion for Summary Judgment (Docs. 27-29) filed by Defendants/Third Party Plaintiffs Lake Hamilton School District; Ralph Pinkerton, Individually and as President of Lake Hamilton School Board; Gary McGrew, Individually and as Vice President of the Lake Hamilton School Board; Mark Curry, Individually and as Secretary of the Lake Hamilton School Board; Don Henson, Individually and as Member of the Lake Hamilton School Board; and Don Smith, Individually and as Member of the

Lake Hamilton School Board is GRANTED and Plaintiffs' Complaint is DISMISSED WITH PREJUDICE. Further, the Motion to Dismiss filed by Third Party Defendants Patrick M. McGetrick and McGetrick and McGetrick, Inc. is GRANTED and the Third Party Complaint is DISMISSED WITH PREJUDICE. **The parties have thirty days from entry of this judgment on the docket in which to appeal.**

    IT IS SO ORDERED this 19th day of April 2006.

                                    /s/ Robert T. Dawson
                                    Honorable Robert T. Dawson
                                    United States District Judge